Order issued November $20$ , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00492-CV

**BERRYMAN'S SOUTH FORK, INC., ET AL., Appellants**

V.

**J. BAXTER BRINKMANN INTERNATIONAL CORPORATION, ET AL., Appellees**

## ORDER

We **GRANT** appellants' November 12, 2012 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before December 12, 2012.

ELIZABETH LANG-MIERS
JUSTICE